IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAN CASILLAS-AGUILAR,<br><br>    Defendant. | 8:21CR116<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 45). The Court has reviewed the record in this case and finds as follows:

1.      On February 2, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 34), pursuant to 18 U.S.C. § 924(c)(1)(A), 21 U.S.C. §§ 846 and 853 and based upon defendant Adan Casillas-Aguilar ("Casillas-Aguilar") pleading guilty to Counts I and II of the Information and admitting the Forfeiture Allegation (Filing No. 26). Under the Preliminary Order of Forfeiture, Casillas-Aguilar forfeited any interest he had in $48,317 in United States currency seized from 2027 Read Street, Lot 24, Omaha, Nebraska, on or about December 2, 2020.

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 3, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on April 7, 2022 (Filing No. 37).

3.      The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4.      The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 45) is granted.
2. All right, title and interest in and to the $48,317 in United States currency seized from 2027 Read Street, Lot 24, Omaha, Nebraska, on or about December 2, 2020, held by any person or entity are forever barred and foreclosed.
3. The $48,317 in United States currency is forfeited to the government.
4. The government is directed to dispose of the $48,317 in United States currency in accordance with law.

Dated this 28th day of April 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge